UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | ) | |
|---|---|---|
| GLORIA H. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:14-CV-601-FL |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 26, 2016, and for the reasons set forth more specifically within the memorandum and recommendation, that defendant's motion is granted and this matter is dismissed.

**This Judgment Filed and Entered on January 26, 2016, and Copies To:**

Bethany Morris Hukill (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)


January 26, 2016               JULIE RICHARDS JOHNSTON, CLERK
                                /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk